**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-02210-AJR                Date:  June 11, 2026
                                           Page 1 of 2

Title:    Michael Rhambo v. Darren Lee Gilbert, et al.

DOCKET ENTRY:   **ORDER TO SHOW CAUSE WHY DEFENDANT MARVIN K. WALKER SHOULD NOT BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _A. Silva-Elder_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On March 2, 2026, Plaintiff filed the instant lawsuit.  (Dkt. 1.)  The Complaint names as defendants Darren Lee Gilbert and Marvin K. Walker.  (Id.)  As of today, defendant Marvin K. Walter has not appeared in the action and no proof of service has been filed.

Federal Rule of Civil Procedure 4(m) provides in relevant part that if a "defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  However, the Rule also provides that if the plaintiff shows good cause for the failure, "the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:26-cv-02210-AJR                          Date:  June 11, 2026
                                                         Page 2 of 2

Title:        Michael Rhambo v. Darren Lee Gilbert, et al.

court must extend the time for service for an appropriate period." Id.  Because this matter was filed on March 2, 2026, the deadline to effectuate service on every defendant expired on May 31, 2026.

Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, **Plaintiff is ORDERED TO SHOW CAUSE no later than June 25, 2026**, why Defendant Marvin K. Walker should not be dismissed from this action without prejudice for failure to timely effectuate service.  To satisfy this Order, Plaintiff must either file a proof of service demonstrating service of the Complaint, Summons, and Notice of Assignment on Defendant Marvin K. Walker, or Plaintiff must file a response explaining why Defendant Marvin K. Walker should not be dismissed for failure to timely effectuate service.

**Plaintiff is explicitly cautioned that failure to timely respond to this Order will result in Defendant Marvin K. Walker being dismissed without prejudice pursuant to Rule 4(m).  If Plaintiff no longer wishes to pursue his claims against Defendant Marvin K. Walker, Plaintiff may voluntarily dismiss this defendant pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.**

IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).